Robert Gerald WARD, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Sept. 28, 1973.

Matthew B. Quinn, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Mary Ann Delaney, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

WELCOME WAGON INTERNATIONAL, INC., Appellant,

v.

Barbara GRUVER, Appellee.

Court of Appeals of Kentucky.

Sept. 28, 1973.

Harris J. Berman, Frank E. Haddad, Jr., Louisville, H. A. McBride, Memphis, Tenn., for appellant.

Bill V. Seiller, Ewen, Mackenzie & Peden, Louisville, for appellee.

Memorandum Opinion of the Court by Special Commissioner FRANK R. GOAD, Affirming.*

Roberta WILHELM, Petitioner,

v.

Hon. Macauley SMITH, Judge, Jefferson Circuit Court, Respondent.

Court of Appeals of Kentucky.

Sept. 28, 1973.

Stuart L. Lyon, Louisville, for petitioner.

Joseph V. Mobley, Jr., Hubbs & Mobley, Louisville, for respondent.

Memorandum Opinion of the Court by Justice JONES, Denying Prohibition.*

* Opinion ordered not to be published.